THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| J.T.L., by and through his parents and guardians, J.L. and J.L., individually and on behalf of the EATON VANCE MANAGEMENT HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals,<br><br>                Plaintiffs,<br><br>   v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,<br><br>                Defendant. | CASE NO. C16-0573-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the class certification deadline (Dkt. No. 23). The motion is GRANTED. The class certification briefing schedule shall be as follows:

| Motion for class certification filed by: | July 14, 2017 |
|---|---|
| Opposition brief filed by: | August 25, 2017 |
| Reply brief filed by: | September 8, 2017 |

DATED this 16th day of March 2017.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk