THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| J.T.L., by and through his parents and guardians, J.L. and J.L., individually and on behalf of the EATON VANCE MANAGEMENT HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>         v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,<br><br>                    Defendant. | CASE NO. C16-0573-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a case management conference (Dkt. No. 26). The motion is GRANTED. The conference is hereby set for Tuesday, October 17, 2017 at 9:00 a.m.

DATED this 17th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk