|   | THE HONORABLE JOHN C. COUGHENOUR |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.T.L., by and through his parents and guardians J.L. and J.L., individually and on behalf of the EATON VANCE MANAGEMENT HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,<br><br>Defendant. | CASE NO. C16-0573-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

DATED this 12th day of December 2017

        William M. McCool
        Clerk of Court

        s/Tomas Hernandez
        Deputy Clerk

MINUTE ORDER
C16-0573-JCC
PAGE - 2